# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE VILLELA-LOPEZ,<br><br>　　　　Defendant. | Case No.: 22-CR-1731-RBM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

　　The parties having jointly moved to continue the Motion Hearing/Trial Setting in this case from October 7, 2022 to November 4, 2022 at 9:00 a.m. and requested that time be excluded under the Speedy Trial Act, and good cause appearing,

　　IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting be continued from October 7, 2022 to November 4, 2022 at 9:00 a.m., and further that time be excluded under the Speedy Trial Act from the date of this Order through November 4, 2022, because the ends of justice served by continuing the Motion Hearing/Trial Setting outweigh the interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

　　SO ORDERED.

DATED: 10/3/2022

HON. RUTH B. MONTENEGRO
United States District Judge